IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSA MANDUJANO, ) | No. CV-F-05-1098 OWW |
| ) | (No. CR-F-03-5199 OWW) |
| ) | |
| ) | ORDER TRANSFERRING |
| Petitioner, ) | PETITIONER ROSA MANDUJANO'S |
| ) | MOTION FOR RELIEF PURSUANT |
| vs. ) | TO 28 U.S.C. § 2255 FROM |
| ) | DOCKET OF JUDGE WANGER TO |
| ) | DOCKET OF JUDGE COYLE |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| ) | |
| Respondent. ) | |
| ) | |
| _____ ) | |

    On August 26, 2005, petitioner Rosa Mandujano filed a motion to vacate, set aside or correct sentence pursuant to 28 U.S.C. § 2255. Petitioner seeks vacation of her conviction and sentence on three counts of mail fraud in violation of 18 U.S.C. § 1341, conspiracy to launder money in violation of 18 U.S.C. § 1956(a), and criminal forfeiture pursuant to 18 U.S.C. §§ 982(a)(1), (a)(2)(A) and (a)(2)(B).

    Petitioner's Section 2255 motion is hereby transferred from the docket of Judge Wanger to the docket of Judge Coyle. Rule 4(a), Rules Governing Section 2255 Proceedings, provides:

|   |   |
|---|---|
| 1 | The clerk must promptly forward the motion to the judge who conducted the trial and imposed sentence or, if the judge who imposed sentence was not the trial judge, to the judge who conducted the proceedings being challenged.  If the appropriate judge is not available, the court must forward the motion to a judge under the court's assignment procedure. |

Judge Coyle conducted all proceedings involving petitioner. Petitioner's Section 2255 motion should have been assigned by the clerk to the docket of Judge Coyle.  Petitioner's Section 2255 motion is therefore transferred from the docket of Judge Wanger to the docket of Judge Coyle.  Any further pleadings filed in connection with this Section 2255 motion shall set forth the case number "No. CR-F-03-5199 REC".

Dated: _November 15, 2005

/s/ OLIVER W. WANGER_____

OLIVER W. WANGER

UNITED STATES DISTRICT JUDGE